# Court of Appeals, State of Michigan

## ORDER

Bradley Foucher v Mohamad Kassem
A-1 Towing and Junk Cars LLC v Grange Insurance Co of Michigan

Jane E. Markey
Presiding Judge

Michael J. Kelly

Docket No.    342478; 347426

Mark T. Boonstra
Judges

LC No.    16-000084-NI; 17-001030-CK

The July 30, 2020 opinion is hereby AMENDED to correct a clerical error. The last sentence of the first paragraph on page one is amended to read: In Docket No. 347426, we affirm the trial court's order granting summary disposition in favor of Grange .

In all other respects, the July 30, 2020 opinion remains unchanged.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

August 3, 2020
Date

Chief Clerk